MONTGOMERY Y. PAEK, ESQ.
Bar No. 10176
AMY L. THOMPSON, ESQ.
Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:      702.862.8811
Email:        mpaek@littler.com
              athompson@littler.com

Attorneys for Defendant
T-MOBILE USA, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN PEOPLES,<br><br>             Plaintiff,<br><br>v.<br><br>T-MOBILE USA INC.; DOES I-X and, ROE Business Entities I-X,<br><br>             Defendant. | Case No. 2:22-cv-01544-JAD-DJA<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 and Local Rule 26-3, Defendant T-MOBILE USA, INC. ("Defendant") and Plaintiff STEPHEN PEOPLES ("Plaintiff") (collectively, the "Parties") stipulate to amend the Discovery Plan and Scheduling Order (**ECF No. 13**) by extending the outstanding discovery deadlines for a period of sixty (60) days.

This is the first request for an extension to the Discovery Plan and Scheduling Order in this matter. The requested extension is sought in good faith and not for purposes of undue delay. This request is submitted at least twenty-one (21) days or more before the expiration of the subject deadlines.

**DISCOVERY COMPLETED**

The parties have exchanged their initial disclosures. Defendant has produced 204 pages of documents so far in this matter. Defendant propounded its First Set of Interrogatories and Requests for Production of Documents on November 9, 2022. Plaintiff has responded. Defendant has

submitted FOIA requests for documents related to Plaintiff's EEOC charges of discrimination and has received responses.

### DISCOVERY REMAINING TO BE COMPLETED

Plaintiff will be serving written discovery requests soon after the holidays. Plaintiff will take a comprehensive FRCP Rule 30(b)(6) deposition of the Defendant and expects to depose several individual percipient witnesses. Defendant intends to serve third party subpoenas and Plaintiff expects to object to most if not all of those and seek protective orders and orders quashing those subpoenas that seek Plaintiff's private and confidential information that is wholly unrelated to this case. Defendant will further require the subpoenaed records before it can evaluate whether expert discovery is warranted. Defendant will take Plaintiff's deposition together with any percipient witnesses.

### REASONS FOR REQUESTED EXTENSIONS

This extension is necessary to allow the parties ample time to complete all appropriate discovery. Specifically, the expert disclosure deadline is currently January 20, 2023, however this matter is set for Early Neutral Evaluation on January 12, 2023, and the parties prefer to participate in the ENE process before engaging in the expense of possible expert discovery. The parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadline. Good cause exists to extend all deadlines in order to permit the parties to complete the necessary discovery in an economically efficient manner.

### PROPOSED REVISED DISCOVERY PLAN

1. The Parties' current deadline for Expert Disclosures is January 20, 2023. The Parties request that the Court extend that deadline to **March 23, 2023**.

2. The Parties' current deadline for Rebuttal Expert Disclosures is February 21, 2023. The Parties request that the Court extend that deadline to **April 24, 2023**[1].

3. The Parties' current deadline for completing discovery is March 21, 2023. The Parties request that the Court extend that deadline to **May 22, 2023**[2].

---

[1] Original deadline lands on Saturday, April 22, 2023, moved to following Monday.
[2] Original deadline lands on Saturday, May 20, 2023, moved to following Monday.

4.  The Parties' current deadline for filing dispositive motions is April 20, 2023. The Parties request that the Court extend that deadline to **June 21, 2023**.

5.  The Parties' current deadline for filing the Joint Pretrial Order is April 28, 2023. The Parties request that the Court extend that deadline to **July 21, 2023**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

The Parties make this stipulation in good faith and not for the purposes of undue burden or delay.

Dated: December 29, 2022

/s/ *Ruthann Devereaux-Gonzales, Esq.*
LEON GREENBERG, ESQ.
RUTHANN DEVEREAUX-GONZALES, ESQ.
LEON GREENBERG PROFESSIONAL CORPORATION

JAMES P. KEMP, ESQ
KEMP & KEMP, ATTORNEYS AT LAW

*Attorneys for Plaintiff*
STEPHEN PEOPLES

/s/ *Amy L. Thompson, Esq.*
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
T-MOBILE USA, INC.

**IT IS SO ORDERED.**

Dated: December 30, 2022

_____
UNITED STATES MAGISTRATE JUDGE

4878-9718-2279.1 / 066431-1120

3