MONTGOMERY Y. PAEK, ESQ.
Bar No. 10176
AMY L. THOMPSON, ESQ.
Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email:           mpaek@littler.com
                     athompson@littler.com

Attorneys for Defendant
T-MOBILE USA, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN PEOPLES,<br><br>         Plaintiff,<br><br>v.<br><br>T-MOBILE USA INC.; DOES I-X and, ROE Business Entities I-X,<br><br>         Defendant. | Case No. 2:22-cv-01544-JAD-DJA<br><br>**STIPULATION AND ORDER TO VACATE EARLY NEUTRAL EVALUATION SESSION** |

Plaintiff STEPHEN PEOPLES ("Plaintiff") and Defendant T-MOBILE USA INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court vacate the Early Neutral Evaluation (ENE) Session presently scheduled for March 1, 2023, at 1:00 p.m., before U.S. Magistrate Judge Elayna J. Youchah.

Specifically, counsel for T-Mobile initially requested the ENE be moved to a new date as its representatives were unavailable to attend on March 1, 2023. After discussions amongst themselves regarding the potential for settlement at this time without further discovery, the parties agree that an ENE would not be productive at this time.

///

///

///

The parties agree to further discuss as additional discovery occurs and will reach out to the Court should the position on a settlement conference change at any time.

This stipulation is made in good faith, and not for the purpose of delay.

Dated: February  17 , 2023

/s/ James P. Kemp, Esq.
LEON GREENBERG, ESQ.
RUTHANN DEVEREAUX-GONZALES, ESQ.
LEON GREENBERG PROFESSIONAL CORPORATION

JAMES P. KEMP, ESQ
KEMP & KEMP, ATTORNEYS AT LAW

*Attorneys for Plaintiff*
STEPHEN PEOPLES

/s/ Amy L. Thompson, Esq.
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
T-MOBILE USA, INC.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that the Early Neutral Evaluation Session scheduled for March 1, 2023 at 1:00 p.m. is VACATED.**

_____
UNITED STATES MAGISTRATE JUDGE

**Dated:  February 21, 2023**

4890-0804-4369.1 / 066431-1120

2