MONTGOMERY Y. PAEK, ESQ.
Nevada State Bar No. 10176
AMY L. THOMPSON, ESQ.
Nevada State Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.8800
Fax No.:  702.862.8811
mpaek@littler.com
athompson@littler.com

Attorneys for Defendant
T-MOBILE USA, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN PEOPLES,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA INC.; DOES I-X and, ROE Business Entities I-X,<br><br>    Defendant. | Case No. 2:22-cv-01544-JAD-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule IA 6-1 and Local Rule 26-3, Defendant T-MOBILE USA, INC. ("Defendant") and Plaintiff STEPHEN PEOPLES ("Plaintiff") (collectively, the "Parties") stipulate to amend the Discovery Plan and Scheduling Order (**ECF No. 15**) by extending the outstanding discovery deadlines for a period of sixty (60) days.

This is the second request for an extension to the Discovery Plan and Scheduling Order in this matter. The requested extension is sought in good faith and not for purposes of undue delay. This request is submitted at least twenty-one (21) days or more before the expiration of the subject deadlines.

/ / /

/ / /

/ / /

## DISCOVERY COMPLETED

The parties have each exchanged their initial disclosures. Defendant propounded its First Set of Interrogatories and Requests for Production of Documents on November 9, 2022. Plaintiff has responded. Defendant submitted FOIA requests for documents related to Plaintiff's EEOC charges of discrimination and has received responses. Defendant has served two supplements to its initial disclosures and produced 435 pages of documents to date. Defendant has served several third-party subpoenas on or about January 13, 2023, and on March 24, 2023. Defendant has received responses to its pending subpoenas from some third-parties but several third-party subpoena responses remain pending, due in part to third parties requiring additional time to respond. For example, Defendant issued a subpoena to NERC on January 13, 2023 and only received its response last week due to NERC citing staffing issues as a reason for its delay. Plaintiff served amended and supplemental disclosures on February 16, 2023 and has produced 21 pages of records to date. Plaintiff served requests for production and interrogatories on Defendant and Defendant served its responses to those requests on April 3, 2023. The parties have been engaged in ongoing meet and confer efforts regarding the entry of a stipulated protective order in this case as well as the scope of a HIPAA release requested by Defendant in its requests for production to Plaintiff.

## DISCOVERY REMAINING TO BE COMPLETED

Defendant will take Plaintiff's deposition and expects to depose several percipient witnesses. Plaintiff will take a FRCP Rule 30(b)(6) deposition of the Defendant and expects to depose several individual percipient witnesses. Defendant has served third-party subpoenas in which responses are still pending. Defendant will need to receive and review these subpoena responses to evaluate whether it will serve additional subpoenas or written discovery and further requires receipt of these subpoenas before it can take Plaintiff's deposition. The parties are further in the process of negotiating a stipulated protective/confidentiality order and scope of a HIPAA release requested by Defendant to obtain Plaintiff's medical records.

## REASONS FOR REQUESTED EXTENSIONS

This extension is necessary to allow the parties ample time to complete all appropriate discovery. Defendant is still waiting for responses to several third-party subpoenas and requires

such responses prior to taking Plaintiff's deposition. The parties have also been in the process of negotiating a stipulated protective/confidentiality order which Defendant requires prior to producing certain documents. The parties have further been in the process of discussing the scope of a HIPAA release requested by Defendant to obtain Plaintiff's medical records. The parties will need additional time to complete depositions for these reasons as well as scheduling conflicts among counsel for the parties and witnesses which warrant additional time so that all depositions can be completed. Accordingly, good cause exists to extend the discovery deadline in order to permit the parties to achieve their respective stated discovery goals.

## PROPOSED REVISED DISCOVERY PLAN

3. The Parties' current deadline for completing discovery is May 22, 2023. The Parties request that the Court extend that deadline to **July 21, 2023**.

4. The Parties' current deadline for filing dispositive motions is June 21, 2023. The Parties request that the Court extend that deadline to **August 21, 2023**[1].

5. The Parties' current deadline for filing the Joint Pretrial Order is July 21, 2023. The Parties request that the Court extend that deadline to **September 20, 2023**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

/ / /

/ / /

/ / /

/ / /

---

[1] Original deadline fell on Sunday, August 20, 2023, moved to Monday.

3

The Parties make this stipulation in good faith and not for the purposes of undue burden or delay.

Dated: April 19, 2022

| | |
|---|---|
| */s/ Leon Greenberg, Esq.* | */s/ Amy L. Thompson, Esq.* |
| LEON GREENBERG, ESQ. | MONTGOMERY Y. PAEK, ESQ. |
| RUTHANN DEVEREAUX-GONZALES, ESQ. | AMY L. THOMPSON, ESQ. |
| LEON GREENBERG PROFESSIONAL CORPORATION | LITTLER MENDELSON, P.C. |
| | *Attorneys for Defendant* |
| JAMES P. KEMP, ESQ. | T-MOBILE USA, INC. |
| KEMP & KEMP, ATTORNEYS AT LAW | |
| *Attorneys for Plaintiff* | |
| STEPHEN PEOPLES | |

**IT IS SO ORDERED.**

Dated: April 20, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4887-5651-7213.1 / 066431-1120

4