JAMES P. KEMP, ESQ.
Nevada Bar No: 6375
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV  89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff STEPHEN PEOPLES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\*\*\***

| | |
|---|---|
| STEPHEN PEOPLES,<br>Plaintiff,<br>v.<br>T-MOBILE USA INC.; DOES I-X and, ROE Business Entities I-X,<br>Defendant. | Case No. 2:22-cv-01544-JAD-DJA<br><br>**STIPULATION AND ORDER TO TAKE DEPOSITION OUTSIDE OF DISCOVERY PERIOD**<br><br>**[FIRST REQUEST]** |

The parties, by and through their undersigned counsel hereby stipulate and agree that the Plaintiff may take the deposition of witness SCOTT CHASSEREAU commencing on **July 2, 2024 at 10:00 a.m.** which is after the present discovery cutoff date of June 17, 2024.

The deposition had been noticed for June 17, 2024; however, Plaintiff's counsel has been informed that the witness has a scheduling conflict with that date and will be out of state.  In order to accommodate the witness's schedule the parties have agreed to move the deposition to a mutually convenient date that also works for the witness's schedule which is the aforementioned July 2, 2024 at 10:00 a.m. time.

///

///

The parties have agreed to work cooperatively should the rescheduling of this deposition impact on the ability of the parties to timely file dispositive motions by the current dispositive motion deadline of July 17, 2024.

Respectfully submitted,

Dated June 10, 2024

| KEMP & KEMP, ATTORNEYS AT LAW | LITTLER MENDELSON, P.C. |
|---|---|
| By:   /s/ James P. Kemp | By:   /s/Amy L. Thompson |
| JAMES P. KEMP, ESQ.<br>Nevada Bar No. 6375<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, Nevada 89130<br>*Attorneys for Plaintiff* | AMY L. THOMPSON, ESQ<br>MONTGOMERY Y PAEK, ESQ<br>3960 Howard Hughes Pkwy., Suite 300<br>Las Vegas, NV 89169<br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  6/11/2024