LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ.,
SBN 15904
Leon Greenberg Professional Corporation
2965 South Jones Blvd - Suite E3
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183/ (702) 258-6983 (fax)
jp@kemp-attorneys.com

Attorneys for Plaintiff STEPHEN PEOPLES

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN PEOPLES,<br><br>           Plaintiff,<br><br>v.<br><br>T-MOBILE USA INC.; DOES I-X and, ROE Business Entities I-X,<br><br>           Defendant. | Case No. 2:22-cv-01544-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE REGARDING T-MOBILE USA INC.'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 39]**<br><br>**(THIRD REQUEST)**<br><br>ECF Nos. 39, 44 |

Plaintiff STEPHEN PEOPLES ("Plaintiff"), and Defendant T-MOBILE USA, INC. ("Defendant") and (collectively, the "Parties") stipulate to extend plaintiff's time to file opposition to defendant's motion for summary judgment filed September 16, 2024 (ECF 39) with plaintiff's opposition originally due on October 16, 2024, such date was extended by the Court's Order at ECG 43, continuing plaintiff's deadline for opposition to November 8, 2024.  This is the third request to extend dispositive motion briefing. **The parties stipulate that plaintiff's opposition to defendant's motion for summary judgment will be due November 22, 2024. Defendant's time to**

reply to such opposition will be similarly extended, with such reply due December 20, 2024.

      The Parties make this stipulation in good faith and not for the purposes of delay. This extension is necessary because Plaintiff's lead counsel, James P. Kemp, Esq. has been occupied with other litigation commitments and conflicts. Mr. Kemp, at the direction of the Nevada State District Court Judge in a separate case, must conduct a deposition on November 8, 2024. Such deposition will require extensive preparation November 6 and 7, 2024.  That is why November 22, 2024, is being sought as the new due date in this case. Defendant is amenable to plaintiff's request. However, the requested opposition extension of November 22nd will require an extension to the reply deadline until December 20, 2024, due to scheduling conflicts related to other matters as well as the intervening Thanksgiving holiday week.

Dated: November 6, 2024

| | |
|---|---|
| /s/ Ruthann Devereaux-Gonzalez | /s/ Amy Thompson |
| LEON GREENBERG, ESQ.<br>RUTHANN DEVEREAUX-GONZALES, ESQ.<br>LEON GREENBERG PROFESSIONAL CORPORATION | MONTGOMERY Y. PAEK, ESQ.<br>AMY L. THOMPSON, ESQ.<br>LITTLER MENDELSON, P.C. |
| JAMES P. KEMP, ESQ.<br>KEMP & KEMP, ATTORNEYS AT LAW | *Attorneys for Defendant*<br>T-MOBILE USA, INC. |
| *Attorneys for Plaintiff*<br>STEPHEN PEOPLES | |

**IT IS SO ORDERED.**

Dated:  11/7/24

_____
UNITED STATES DISTRICT JUDGE